IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                                    CRIMINAL NO.: 3:19cr128-DCB-LGI

BRETT K. HICKMAN

<u>ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL</u>

This cause having come before the Court on the motion of the defendant for leave to file a Motion for Downward Variance and its attachments as restricted and the Government advising that it has no objection to said motion, and the Court having considered said motion, finds that said motion is well taken and is hereby granted.

IT IS THEREFORE ORDERED that Mr. Hickman's Motion for Leave to File Under Seal [docket no. 64] is hereby granted and that the clerk's office is hereby directed to file the defendant's Motion for Downward Variance and all attachments thereto as restricted, allowing only the parties in this matter to have access.

SO ORDERED this the <u>24th</u> day of February, 2022.

s/David Bramlette
_____
UNITED STATES DISTRICT JUDGE

1